# 918     CASES REPORTED WITH BRIEF SYLLABI.

DUBOIS MANUFACTURING COMPANY, Appellant, v. ATHENS HOTEL COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS J. WILKES, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WILLIAM SPENCER, Respondent, v. JOHN T. WILLIAMS and Another, as Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

EDWARD F. JAMES, as Executor and Trustee, etc., of EDWARD D. JAMES, Deceased, Respondent, v. WILLIAM A. LADUE and Another, as Substituted Trustees, etc., of FREDERICK P. JAMES, Deceased, and Others, Respondents, Impleaded with CORNELIA A. JAMES and Others, Appellants.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ROBERT E. STOKER, as Administrator, etc., Appellant, v. THE R. & L. COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MARIE G. GENNTISON, Appellant, Respondent, v. PHILLIP GENNTISON, Respondent, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

EDWARD SERVACE, as Administrator, etc., Respondent, v. JOHN H. FLAGLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CLEVELAND TRINIDAD PAVING COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THOMAS PARKER COMPANY, Appellant, v. THE CITY OF NEW YORK and Others, Defendants, Impleaded with FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Judgment affirmed, with costs, on the authority of *Bradley & Son* v. *Huber Co.* (146 App. Div. 630; affd., 210 N. Y. 627). Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WILLIAM HAMPEL, Respondent, v. MOZAMBIQUE TRADING AND PLANTATION COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JULIUS ALBERT, Respondent, v. IRVING W. STREET and Another, Impleaded with EUGENE A. HIEBER and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANCHOR REALTY COMPANY, Appellant, v. BANKERS TRUST COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.